IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LELIA WHITE,<br><br>    Plaintiff,<br><br>vs.<br><br>COIN LAUNDRY and<br>MAYNE PLACE LLC,<br><br>    Defendants. | 8:16CV42<br><br>ORDER |

This matter is before the court *sua sponte*. On April 27, 2016, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 16. On June 15, 2016, the court extended the deadline for the parties to file their report. **See** Filing No. 30. The parties' deadline for filing the report was July 15, 2016; however, no planning report has been filed to date. Accordingly,

  **IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before the close of business on **August 18, 2016**, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

Dated this 8th day of August, 2016.

                BY THE COURT:

                s/ Thomas D. Thalken
                United States Magistrate Judge