IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LELIA WHITE,<br><br>                Plaintiff,<br><br>vs.<br><br>COIN LAUNDRY, and MAYNE PLACE, LLC.,<br><br>                Defendants. | 8:16CV42<br><br>ORDER TO SHOW CAUSE |

The Court's records show the Office of the Clerk of Court sent a notice on May 5, 2017 ([Filing No. 63](#)), to attorney Jackie Barfield by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on July 14, 2017, the attorney has not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED:**

**On or before July 28, 2017,** attorney Jackie Barfield, shall pay the assessment or show cause by written affidavit why she cannot comply with the rules of this Court. Failure to comply with this Order will result in the Court removing Jackie Barfield as counsel of record for Plaintiff.

Dated this 14th day of July, 2017.

                                                                      BY THE COURT:

                                                                      s/ Susan M. Bazis
                                                                      United States Magistrate Judge